1  ANTHONY L. MARTIN, ESQ.
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
3  JILL GARCIA, ESQ.
   Nevada Bar No. 7805
4  jill.garcia@ogletreedeakins.com
   SHELLEY L. MURRAY, ESQ.
5  Nevada Bar No. 12831
   Shelley.murray@ogletreedeakins.com
6  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Wells Fargo Tower, Suite 1500
7  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
8  Telephone:  702.369.6800
9  Fax:  702.369.6888

10 *Attorneys for Defendants Eldorado Resorts Corporation,*
   *Michael Marrs, Kristen Beck and Dominic Taleghani*
11

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL PRUSSAK, | Case No.: 2:15-cv-01496-RFB-PAL |
| Plaintiff, | ORDER |
| vs. | **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR AN EXTENSION TO FILE AN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT** |
| ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGHANI; AND DOES 1-50, inclusive, | |
| Defendants. | |

Defendant Eldorado Resorts Corporation ("Eldorado") and Individual Defendants Michael Marrs ("Marrs"), Kristen Beck ("Beck") and Dominic Taleghani ("Taleghani") (the "Individual Defendants") (collectively "Defendants"), respectfully submit this Statement of Non-Opposition to Plaintiff's Request for an Extension to File an Opposition to the Motion for Summary Judgment in order to address Plaintiff's Counsel's failure to comply with the Federal Rules of Civil Procedure.

In compliance with the current Scheduling Order, Defendants' filed three Motions for Summary Judgment on June 6, 2017.[1] Despite the Scheduling Order setting out the time frame for all dispositive motion deadlines in the Related Actions[2], Plaintiff's Counsel has sought an extension on almost every response date and continues to unilaterally seek extensions from the Court.

Defendants do not oppose Plaintiff's request, provided: (1) Plaintiff complies with his requested deadline of August 11, 2017, and no further extensions are requested; (2) Defendants have thirty (30) days from the date the responses are filed to prepare replies; and (3) the deadlines

//
//
//
//

---

[1] In addition to this matter, Motions for Summary Judgment were also filed in *Iannazo v. Eldorado Resorts Corporation, et al.,* Case No. 2:15-cv-01497-RFB-PAL; and *Cardinale v. Eldorado Resorts Corporation, et al.,* Case No. 2:15-cv-01492-RFB-PAL.

[2] *Arora v. Eldorado Resorts Corporation, et al.*, Case No.: 2:15-cv-00751-RFB-PAL; *Azizi v. Eldorado Resorts Corporation, et al.*, Case No.: 2:15-cv-00755-RFB-PAL; *Baccala v. Eldorado Resorts Corporation, et al.*, Case No.: 2:15-cv-00752-RFB-PAL; *Moser v. Eldorado Resorts Corporation, et al.*, Case No.: 2:15-cv-00757-RFB-PAL; *Saak v. Eldorado Resorts Corporation, et al.*, Case No.: 2:15-cv-00754-RFB-PAL; *Wells v. Eldorado Resorts Corporation, et al.*, Case No.: 2:15-cv-01006-RFB-PAL; *Barnes v. Eldorado Resorts Corp.,* Case No. 2:15-cv-01026-RFB-PAL; *Bouch v. Eldorado Resorts Corp.,* Case No. 2:15-cv-01023-RFB-PAL; *Olshansky v. Eldorado Resorts Corporation, et al.*, Case No.: 2:15-cv-01017-RFB-PAL; *Parr, D. v. Eldorado Resorts Corporation, et al.*, Case No.: 2:15-cv-01028-RFB-PAL; *Parr, M. v. Eldorado Resorts Corporation, et al.*, Case No.: 2:15-cv-01030-RFB-PAL; *Scheinberg v. Eldorado Resorts Corporation, et al.*, Case No.: 2:15-cv-01031-RFB-PAL; *Sekkat v. Eldorado Resorts Corporation, et al.*, Case No.: 2:15-cv-01029-RFB-PAL; *Cardinale v. Eldorado Resorts Corporation, et al.,* Case No. 2:15-cv-01492-RFB-PAL; *Iannazzo v. Eldorado Resorts Corporation, et al.,* Case No. 2:15-cv-01497-RFB-PAL; *Newman v. Eldorado Resorts Corporation, et al.,* Case No. 2:15-cv-01486-RFB-PAL; *Bagsby v. Eldorado Resorts Corporation, et al.,* Case No. 2:15-cv-02330-RFB-PAL; *Browne v. Eldorado Resorts Corporation et al.,* Case No. 2:15-cv-02328-RFB-PAL; *Eldor v. Eldorado Resorts Corporation, et al.,* Case No. 2:15-cv-02331-RFB-PAL; and *Heckendorn v. Eldorado Resorts Corporation, et al.,* Case No. 2:15-cv-02332-RFB-PAL.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

for filing dispositive motions in the Group V Related Cases which are currently scheduled to be filed on September 29, 2017, are extended by approximately two weeks to October 16, 2017.

DATED this 9th day of August, 2017.

          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Jill Garcia
Anthony L. Martin
Jill Garcia
Shelley L. Murray
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800

*Attorneys for Defendants Eldorado Resorts Corporation, Michael Marrs, Kristen Beck and Dominic Taleghani*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 29th day of August, 2017.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR AN EXTENSION TO FILE AN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT** to the Clerk's Office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

**Daniel R. Watkins, Esq.**
**Brian S. Letofsky, Esq.**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby further certify that service of the foregoing **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR AN EXTENSION TO FILE AN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT** was also made this day by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to the following:

Daniel R. Watkins, Esq.
Brian S. Letofsky, Esq.
Watkins & Letofsky, LLP
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
*Attorneys for Plaintiff Daniel Prussak*

DATED this 9th day of August, 2017.

/s/ Darhyl Kerr
An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.