ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Eldorado Resorts Corporation, Michael Marrs, Kristen Hayde and Dominic Taelghani*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500, 3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

DANIEL PRUSSAK,

Plaintiff,

vs.

ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGANI,

Defendants.

Case No.: 2:15-cv-01496-RFB-PAL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff Daniel Prussak ("Plaintiff") and Defendants Eldorado Resorts Corporation, Michael Marrs, Kristen Hayde, and Dominic Taleghani ("Defendants"),[1] by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

[1] Individual Defendants Bruce Polansky and James Grime were terminated per Notice of Voluntary Dismissal on December 18, 2015. (ECF No. 9.)

Each party to bear their own fees and costs.

Dated this 9th day of April, 2019.

WATKINS & LETOFSKY, LLP

/s/ Eran S. Forster
Daniel R. Watkins
Brian S. Letofsky
Eran S. Forster
8215 S. Eastern Avenue
Suite 265
Vegas, NV 89123
Telephone: 702-901-7553
*Attorneys for Plaintiff Daniel Prussak*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Jill Garcia
Anthony L. Martin
Jill Garcia
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
*Attorneys for Defendant Eldorado Resorts Corporation, Michael Marrs, Kristen Hayde, and Dominic Telghani*

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of April, 2019.

38078453.1



Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Wells Fargo Tower
Suite 1500, 3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800